# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:26-mj-10 |
| v. | 18 U.S.C. § 641 |
| **ERIK BELL,** | **Theft of Government Money or Property (Less than $1,000)** |
| Defendant. | |

## CRIMINAL INFORMATION

THE UNITED STATES CHARGES THAT on or about September 19, 2025, in the Eastern District of Virginia, the defendant, ERIK BELL, did knowingly and willfully steal and purloin cleaning and janitorial supplies, with a total value less than $1000.00, of the goods and property of the United States.

(In violation of 18 U.S.C. § 641).

Todd W. Blanche
Deputy Attorney General

Date: 2/13/2026    By: *[signature]*
Julie D. Podlesni
Assistant United States Attorney